| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | CARRIE A. GONELL, SBN 257163 |
| 2 | e-mail: cgonell@morganlewis.com |
| | 5 Park Plaza, Suite 1750 |
| 3 | Irvine, CA 92614 |
| | Tel: 949.399.7000 |
| 4 | Fax: 949.399.7001 |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
| | DARYL S. LANDY, State Bar No. 136288 |
| 6 | ALISON B. WILLARD, State Bar No. 268672 |
| | One Market Street, Spear Street Tower |
| 7 | San Francisco, California 94105-1126 |
| | Tel: 415.442.1000 |
| 8 | Fax: 415.442.1001 |
| | E-mail: awillard@morganlewis.com |
| 9 | |
| | Attorneys for Defendant |
| 10 | CHASE INVESTMENT SERVICES CORP. |
| 11 | *Additional counsel on next page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHAEL ALAKOZAI and STEVEN PITTS individually and on behalf of all others similarly situated, | | Case No. 3:11-CV-03499-MMC |
| | | **ORDER RE:** |
| | | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| Plaintiffs, | | |
| vs. | | **[L.R. 6-1(A)]** |
| CHASE INVESTMENT SERVICES CORP., | | |
| Defendant. | | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO RESPOND
TO PLAINTIFFS' COMPLAINT
CASE NO. 3:11-CV-03499-MMC

1 | EDWARD J. WYNNE, State Bar No. 165819
WYNNE LAW FIRM
2 | 100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
3 | Telephone: 415.461.6400
Fax No.: 415.461.3900
4 | Email: ewynne@wynnelawfirm.com

5 | DAVID S. MARKUN, State Bar No. 108067
JEFFREY K. COMPTON, State Bar No. 142969
6 | MARKUN ZUSMAN & COMPTON LLP
17383 Sunset Boulevard, Suite A380
7 | Pacific Palisades, CA 90272
Telephone: 310.454.5900
8 | Fax No.: 310.454.5970
Email dmarkun@mzclaw.com
9 | Email: jcompton@mzclaw.com

10 | Attorneys for Plaintiffs
MICHAEL ALAKOZAI and STEVEN PITTS,
11 | individually and on behalf of all others similarly situated

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO RESPOND
TO PLAINTIFFS' COMPLAINT
CASE NO. CV-10-01929 SI

Defendant Chase Investment Services Corp. ("Chase") and Plaintiffs Michael Alakozai and Steven Pitts ("Plaintiffs"), by and through their respective counsel, stipulate to extend the time for Chase to respond to Plaintiffs' First Amended Complaint pursuant to Civil Local Rule 6-1(a) of the Northern District of California, as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint in the Northern District of California on August 3, 2011 (Dkt. No. 8) and served Chase with the Complaint on August 11, 2011, with the response to be due on September 1, 2011 (Dkt. No. 12);

WHEREAS, on August 23, 2011, the parties' counsel verbally agreed to an extension of time for Chase to respond to the First Amended Complaint from September 1, 2011 to September 22, 2011.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Chase that Chase will have until September 22, 2011 to file and serve its response to the First Amended Complaint.

Dated: August 25, 2011

MARKUN ZUSMAN & COMPTON LLP

By  /s/ Jeffrey C. Compton
   David S. Markun
   Jeffrey C. Compton
   Attorneys for Plaintiffs
   MICHAEL ALAKOZAI and STEVEN PITTS
   individually and on behalf of all others
   similarly situated

Dated: August 25, 2011

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Alison B. Willard
   Daryl S. Landy
   Carrie A. Gonell
   Alison B. Willard
   Attorneys for Defendant
   CHASE INVESTMENT SERVICES CORP.

IT IS SO ORDERED
Judge Maxine M. Chesney

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION TO EXTEND TIME TO RESPOND
TO PLAINTIFFS' COMPLAINT
CASE NO. CV-10-01929 SI