**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAKOZAI and STEVEN PITTS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE INVESTMENT SERVICES CORP.,<br><br>Defendant.<br>_____/ | No. C 11-3499 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On September 22, 2011, plaintiffs Michael Alakozai and Steven Pitts electronically filed their "Stipulation and [Proposed] Order for Filing of Second Amended Complaint" and "[Proposed] Second Amended Complaint." Plaintiffs have violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced

1 documents. Plaintiffs are hereby advised that if they fail in the future to comply with the
2 Court's order to provide chambers copies of electronically-filed documents, the Court may
3 impose sanctions, including, but not limited to, striking from the record any electronically-
4 filed document of which a chambers copy has not been timely provided to the Court.

6 **IT IS SO ORDERED.**
7 Dated: September 28, 2011

MAXINE M. CHESNEY
United States District Judge