Edward J. Wynne (SBN 165819)
ewynne@wynnelawfirm.com
WYNNE LAW FIRM
100 Drakes Landing Road, Ste. 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-3900

David S. Markun (SBN 108067)
dmarkun@mzclaw.com
Jeffrey K. Compton (SBN 142969)
jcompton@mzclaw.com
MARKUN ZUSMAN & COMPTON LLP
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone: (310) 454-5900
Facsimile: (310) 454-5970

Attorneys for Plaintiffs Michael Alakozai and
Steven Pitts, individually and on behalf of all
others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHER DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ALAKOZAI and STEVEN PITTS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>CHASE INVESTMENT SERVICES CORP.,<br><br>Defendant. | Case No. 11-CV-03499-MMC<br><br>[CLASS ACTION]<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING OF SECOND AMENDED COMPLAINT** |

WHEREAS, Plaintiffs MICHAEL ALAKOZAI and STEVEN PITTS ("Plaintiffs") filed a First Amended Complaint against Defendant CHASE INVESTMENT SERVICES CORP. ("Defendant") on August 3, 2011.

WHEREAS, Plaintiffs alleged federal diversity jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d).

WHEREAS, Plaintiffs alleged diversity of citizenship between Plaintiffs and Defendant and alleged that there are more than 100 persons covered by this action.

WHEREAS, Plaintiffs did not allege that the amount in controversy was over $5,000.000.

WHEREAS, on September 8, 2011, the Court issued an Order to Show Cause Why Complaint Should Not Be Dismissed For Lack of Subject Matter Jurisdiction; Extending Time for Defendant To Respond To Complaint ("Order to Show Cause").

WHEREAS, the Order To Show Cause found that Plaintiffs had not alleged an amount in controversy to invoke federal diversity jurisdiction, ordered Plaintiff to respond by September 22, 2011, and extended the time for Defendant to respond to the First Amended Complaint to October 13, 2011.

WHEREAS, the parties have met and conferred and agreed that Plaintiffs should be permitted to plead an amount in controversy to invoke federal diversity jurisdiction pursuant to 28 U.S.C. § 1332(d) and file a Second Amended Complaint a copy of which is marked and attached hereto.

WHEREAS, the parties agree to the following:

## STIPULATION

1. Plaintiffs are permitted to amend the Complaint to plead an amount in controversy to invoke federal diversity jurisdiction pursuant to 28 U.S.C. § 1332(d).

2. The Court's execution of this proposed Order will constitute service of process of the [proposed] Second Amended Complaint on Defendant.

DATED: September 22, 2011            WYNNE LAW FIRM
                                     MARKUN ZUSMAN & COMPTON LLP


                                     ____/S/_____
                                     By: Edward J. Wynne

                                     Attorneys for Plaintiffs Michael Alakozai and
                                     Steven Pitts, individually and on behalf of all
                                     others similar situated

DATED: September 22, 2011                    MORGAN, LEWIS & BOCKIUS LLP

                                             /S/
                                             By: Daryl S. Landy
                                             Attorneys for Defendant
                                             Chase Investment Services Corp.

### [~~PROPOSED~~] ORDER

The Court having read and considered the parties' Stipulation, makes the following Order:

1. Plaintiffs are permitted to amend the Complaint to plead an amount in controversy to invoke federal diversity jurisdiction pursuant to 28 U.S.C. § 1332(d). The Court finds that Plaintiffs have adequately ~~plead~~ pled an amount in controversy to satisfy federal diversity jurisdiction.

2. The [~~proposed~~] Second Amended Complaint ~~attached hereto~~ shall be filed ~~and imaged as a separate document by the Clerk of the Court.~~ by plaintiffs no later than October 7, 2011.

3. ~~The Court's execution of this proposed Order will constitute service of process of the Second Amended Complaint on Defendant~~. Defendant's response to the First Amended Complaint due October 13, 2011 is hereby vacated.

4. The Order to Show Cause is hereby discharged.

Dated: ~~September~~ October 3, 2011

                                             _____
                                             MAXINE M. CHESNEY
                                             United States District Judge