1  MORGAN, LEWIS & BOCKIUS LLP
   CARRIE A. GONELL, SBN 257163
2  5 Park Plaza, Suite 1750
   Irvine, CA  92614
3  Tel:  949.399.7000
   Fax:  949.399.7001
4  E-mail: cgonell@morganlewis.com

5  MORGAN, LEWIS & BOCKIUS LLP
   DARYL S. LANDY, State Bar No. 136288
6  ALISON B. WILLARD, State Bar No. 268672
   One Market Street, Spear Street Tower
7  San Francisco, California  94105-1126
   Tel:  415.442.1000
8  Fax:  415.442.1001
   E-mail: dlandy@morganlewis.com
9  E-mail: awillard@morganlewis.com

10 Attorneys for Defendant
   CHASE INVESTMENT SERVICES CORP.

11

12              THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                    San Francisco Division

15 MICHAEL ALAKOZAI and STEVEN PITTS   Case No. CV 3:11-cv-3499-MMC
   individually and on behalf of all others
16 similarly situated,

17              Plaintiffs,               [[~~PROPOSED~~] ORDER TO CONTINUE
                                          CASE MANAGEMENT CONFERENCE
18     vs.
                                          [L.R. 6-1, 6-2]
19 CHASE INVESTMENT SERVICES CORP.,

20              Defendant.

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO.  3:11-CV-3499-MMC
~~PROPOSED~~ ORDER

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2         For the reasons described in the Parties' Stipulation, and for good cause shown, the Case

3    Management Conference currently scheduled for November 4, 2011 shall be vacated and

4    continued to January 13, 2012 at 10:30 a.m.

5

6    DATE:      October 26, 2011                    _____

7                                                   The Honorable Maxine M. Chesney
                                                    United States District Judge

8

9    DB2/ 22733036.2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:11-CV-03499-MMC