MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, SBN 257163
5 Park Plaza, Suite 1750
Irvine, CA  92614
Tel:  949.399.7000
Fax:  949.399.7001
E-mail: cgonell@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
ALISON B. WILLARD, State Bar No. 268672
One Market Street, Spear Street Tower
San Francisco, California  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail: dlandy@morganlewis.com
E-mail: awillard@morganlewis.com

Attorneys for Defendant
CHASE INVESTMENT SERVICES CORP.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MICHAEL ALAKOZAI and STEVEN PITTS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE INVESTMENT SERVICES CORP.,<br><br>Defendant. | Case No. CV 3:11-cv-3499-MMC<br><br>[[**PROPOSED**] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[L.R. 6-1, 6-2] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO.  3:11-CV-3499-MMC
~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

For the reasons described in the Parties' Stipulation, and for good cause shown, the Case Management Conference currently scheduled for November 4, 2011 shall be vacated and continued to January 13, 2012 at 10:30 a.m.

DATE: October 26, 2011

_____
The Honorable Maxine M. Chesney
United States District Judge

DB2/ 22733036.2

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:11-CV-03499-MMC