MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, SBN 257163
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
E-mail: cgonell@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
ALISON B. WILLARD, State Bar No. 268672
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dlandy@morganlewis.com
E-mail: awillard@morganlewis.com

Attorneys for Defendant
CHASE INVESTMENT SERVICES CORP.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MICHAEL ALAKOZAI and STEVEN PITTS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE INVESTMENT SERVICES CORP.,<br><br>Defendant. | Case No. CV 3:11-cv-3499-MMC<br><br>[[PROPOSED] ORDER TRANSFERRING VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1404(a) |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER TRANSFERRING VENUE
CASE NO. 3:11-CV-3499-MMC

DB2/ 22747577.3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

For the reasons described in the Parties' Stipulation, and for good cause shown, IT IS ORDERED that this action be transferred under 28 U.S.C. § 1404(a) to the United States District Court, Central District of California.  The hearing on Defendant's Motion to Dismiss, Stay, or Transfer Venue to the Central District of California is vacated.

DATE: November 1, 2011

_____
The Honorable Maxine M. Chesney
United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/ 22747577.3

1

[~~PROPOSED~~] ORDER TRANSFERRING VENUE
CASE NO. 3:11-CV-03499-MMC